Laurel Employment Law
Erin Cole (SBN 34161)
808 Wilshire Blvd. Suite 200
Santa Monica, CA 90401
(323) 551-9221

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NATALY VIDAL, an Individual,

Plaintiff(s)

v.

COSTCO WHOLESALE CORPORATION,
a Washington Corporation; and DOES 1

Defendant(s).

CASE NUMBER:

2:26-cv-02995-MWC-AJR

**STIPULATION REGARDING
SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Jeff Rudman, Esq._____ may serve as the Panel Mediator in the above-captioned case. _____Sylvia Chen_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____August 28, 2026____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: June 16, 2026 _____        /s/ Erin Cole _____

Attorney For Plaintiff   Nataly Vidal _____

Dated: _____        _____

Attorney For Plaintiff _____

Dated: June 16, 2026 _____        /s/ Shardé Skahan _____

Attorney For Defendant   Costco Wholesale Corporation

Dated: _____        _____

Attorney For Defendant _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*