**LAUREL EMPLOYMENT LAW**
Joshua I. White (State Bar No. 278166)
josh@laurelemploymentlaw.com
Erin Cole (State Bar No. 341161)
erin@laurelemploymentlaw.com
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401
Telephone: (323) 551-9221
Facsimile: (310) 564-4093

Attorneys for Plaintiff,
Nataly Vidal

[*Additional Counsel on following page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY VIDAL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02995-MWC-AJR<br><br>**STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL**<br><br>Complaint Filed: February 17, 2026<br>Trial Date:        July 19, 2027 |

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE
MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1

SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Shardé T. Skahan (SBN 286157)
sskahan@seyfarth.com
Jessica Koenig (SBN 340974)
jkoenig@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1

Plaintiff Nataly Vidal ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant"), collectively ("the Parties"), by and through their respective counsel of record, hereby stipulate and request the Court permit the Parties to proceed with private mediation in lieu of participating in the Court Mediation Panel.

On May 26, 2026, the Court referred this matter to ADR Procedure No. 2, the Court Mediation Panel. (Dkt. No. 16.) The Court's Order required Plaintiff, within twenty-one days, to obtain the consent of a neutral on the Court Mediation Panel who would conduct the mediation and to file Form ADR-2. (*Id.*) The Court further ordered the ADR proceeding be completed by April 30, 2027, and that the Parties file a joint report no later than seven days after the ADR proceeding regarding the progress of settlement discussions. (*Id.*)

The Parties thereafter selected Jeff Rudman, Esq. as the mediator and filed a Stipulation Regarding Selection of Panel Mediator. (Dkt. No. 16.) The Parties stipulated that Jeff Rudman, Esq. may serve as the Panel Mediator in this matter. (*Id.*) The Parties also agreed the mediation would be held on August 28, 2026 and counsel would submit mediation statements seven (7) calendar days before the session.

The Parties were thereafter informed Mr. Rudman is no longer on the Court Mediation Panel. However, Mr. Rudman remains willing to mediate this matter on a pro bono basis. Accordingly, the Parties agree it would promote efficiency, conserve resources, and further the settlement process to proceed with Mr. Rudman as a private mediator rather than selecting or being assigned to a different Panel Mediator.

The Parties therefore stipulate and respectfully request the Court modify the ADR referral to permit the Parties to proceed under ADR Procedure No. 3, private mediation, with Jeff Rudman, Esq. serving as the private mediator. The Parties further stipulate the mediation will remain scheduled for August 28, 2026, unless otherwise agreed by the Parties and the mediator, and the Parties will comply with the Court's existing deadline to

1

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1

complete ADR by April 30, 2027 and to file a joint report no later than seven days after the ADR proceeding.

**IT IS SO STIPULATED.**

Dated: June 25, 2026 **LAUREL EMPLOYMENT LAW**

_/s/_ Erin Cole
_____
Erin Cole
Attorney for Plaintiff
NATALY VIDAL

Dated: June 25, 2026 **SEYFARTH SHAW LLP**

_/s/_Jessica C. Koenig
_____
Laura Wilson Shelby
Shardé T. Skahan
Jessica C. Koenig
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

2

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1

The Court, having reviewed the Parties' Stipulation to Proceed with Private Mediation in Lieu of Court Mediation Panel, and good cause appearing, hereby ORDERS as follows:

1.      The Parties' request is GRANTED.

2.      The Court's prior referral to ADR Procedure No. 2 is modified to permit the Parties to proceed with private mediation.

3.      The Parties may proceed with Jeff Rudman, Esq. as the private mediator.

4.      The mediation shall be completed by April 30, 2027, unless otherwise ordered by the Court.

5.      The Parties shall file a joint report no later than seven days after the ADR proceeding regarding the progress of settlement discussions.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Michelle Williams
United States District Judge

---

1

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 808 Wilshire Blvd Suite 200 Santa Monica, California 90401.

On June 25, 2026, I served the foregoing document(s):

- **STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANE**

on all interested parties in this action as set forth below:

| | |
|---|---|
| Seyfarth Shaw LLP<br>2029 Century Park East Suite 3500<br>Los Angeles, California 90067-3021<br>Shardé Skahan<br>sskahan@seyfarth.com<br>Laura Shelby<br>LShelby@seyfarth.com<br>Jessica C. Koenig<br>JKoenig@seyfarth.com<br>dhass@seyfarth.com<br>lalocke@seyfarth.com<br>LThixton@seyfarth.com | Attorneys for Defendant Costco Wholesale Corporation |

☒ **ECF NOTIFICATION:** I caused the above document(s) to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2026, in San Diego, California.

/s/ Florence L. Goldson
_____
Florence L. Goldson

1

STIPULATION AND [PROPOSED] ORDER TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL

326798768v.1