# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NATALY VIDAL, an Individual,

        Plaintiff,

    vs.

COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 10, Inclusive,

        Defendants.

Case No.: 2:26-cv-02995-MWC-AJR

**ORDER GRANTING STIPULATION TO PROCEED WITH PRIVATE MEDIATION IN LIEU OF COURT MEDIATION PANEL (DKT. 18)**

The Court, having reviewed the parties' Stipulation to Proceed with Private Mediation in Lieu of Court Mediation Panel ("Stipulation") (Dkt. 18), and good cause appearing, hereby **ORDERS** as follows:

1.    The Stipulation is **GRANTED**.

2.    The Court's prior referral to ADR Procedure No. 2 (*see* Dkt. 15 (Scheduling Order) at 3) is modified to permit the parties to proceed with private mediation.

3.    The parties may proceed with Jeff Rudman, Esq. as the private mediator.

4.    The current deadline to complete the mediation, April 30, 2027, remains in effect (*see* Dkt. 15 at 3).

1

ORDER

5.    The parties shall file a joint report no later than seven days after the ADR proceeding regarding the progress of settlement discussions.

**IT IS SO ORDERED.**

Dated: June 26, 2026

_____
Hon. Michelle Williams Court
United States District Judge